1    FRANK D. POND (Bar No. 126191)
     KEVIN D. JAMISON (Bar No. 222105)
2    kjamison@pondnorth.com
     GAVIN D. WHITIS (Bar No. 184133)
3    gwhitis@pondnorth.com
     ROCHELLE R. ILETO (Bar No. 226887)
4    rileto@pondnorth.com
     POND NORTH LLP
5    350 South Grand Avenue, Suite 3300
     Los Angeles, CA 90071
6    Telephone: (213) 617-6170
     Facsimile: (213) 623-3594

Attorneys for Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID FILER,<br><br>        Plaintiff,<br><br>  vs.<br><br>FOSTER WHEELER LLC, et al.,<br><br>        Defendants. | Case No: 3:12-cv-00514-CRB<br><br>**ORDER AUTHORIZING WITHDRAWAL OF COUNSEL AND APPEARANCE OF REPLACEMENT COUNSEL, PURSUANT TO LOCAL RULE 11-5**<br><br>Judge:     Hon. Charles R. Breyer |

       The Court, having received the "Notice of Withdrawal of Counsel and Appearance of Replacement Counsel", filed by defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation ("Westinghouse"), and good cause appearing therefor, issues the following Order:

       IT IS HEREBY ORDERED that Mary Katherine Back, formerly of Pond North, LLP, located at 350 South Grand Avenue, Suite 3300, Los Angeles, California 90071, telephone (213) 617-6170, (SBN 234021), is no longer counsel of record for defendant CBS Corporation, a Delaware

---

corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation ("Westinghouse").

IT IS FURTHER ORDERED that effective immediately, Rochelle R. Ileto, of the law firm of Pond North, LLP, located at 350 South Grand Avenue, Suite 3300, Los Angeles, California 90071, telephone (213) 617-6170, (SBN 226887), is now counsel of record for defendant Westinghouse. Notices should be sent to Rochelle R. Ileto at rileto@pondnorth.com.

Dated: March 3, 2015

_____
Honorable Charles R. Breyer
United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*