BRAYTON✦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FILER,<br><br>    Plaintiff,<br><br>vs.<br><br>FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), et al.,<br><br>    Defendants. | No. 3:12-cv-00514-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT HUNTINGTON INGALLS INCORPORATED f/k/a NORTHROP GRUMMAN SHIPBUILDING, INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant HUNTINGTON INGALLS INCORPORATED f/k/a NORTHROP GRUMMAN SHIPBUILDING, INC. are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: November 20, 2015      By: _____
    Charles R. Breyer
    United States District Judge