BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FILER, </br> </br> Plaintiffs, </br> vs. </br> </br> FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), et al. </br> </br> Defendants. | Case No.: 3:12-CV-00514-CRB </br> </br> **ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL DYNAMICS CORPORATION** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant GENERAL DYNAMICS CORPORATION are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: Feb. 2, 2016  By:_____
Charles R. Breyer
United States District Judge

-1-